FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAJ INVESTMENTS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIZABETH BRENA, et al., ) <br> ) <br> Defendants. ) <br> ) | NO. CV 13-4561-UA(DUTYx) <br><br> ORDER SUMMARILY REMANDING <br> IMPROPERLY REMOVED ACTION |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: _____7/5_____, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE